**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6219**

---

TODD GIFFEN,

        Petitioner - Appellant,

    v.

WARDEN FMC ROCHESTER; USDC/EASTERN DISTRICT OF NORTH CAROLINA; UNITED STATES ATTORNEY GENERAL,

        Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:25-hc-02038-M-RJ)

---

Submitted:  March 17, 2026                     Decided:  March 27, 2026

---

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Todd Michael Giffen, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd Michael Giffen appeals the district court's order dismissing his 28 U.S.C. § 2241 petition for failure to prosecute. Because Giffen's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
